

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00035-CV

Dominique **SMITH**,
Appellant

v.

**METAMORPHOSIS CONSULTING, INC.** d/b/a Freedom Practice Coaching,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI14530
Honorable Peter A. Sakai, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

Delivered and Filed: June 19, 2019

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by May 8, 2019. Because neither the brief nor a motion for extension of time were filed by the due date, this court ordered appellant to show cause in writing by May 31, 2019, why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellant did not respond to our order. Accordingly, this appeal is dismissed for want of prosecution. *See id*.

PER CURIAM